United States District Court
Southern District of Texas
**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America, *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. H-22-3959 |
| Muches Global Industries, Inc., *Defendant.* | § § § | |

## ORDER OF ADOPTION

On November 14, 2023, Magistrate Judge Peter Bray recommended that Plaintiff's Motion for Summary Judgment and Plaintiff's Opposed Motion for Final Judgment be granted. (D.E. 19.) No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on December __19__, 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE